UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

WARREN D. JOHNSON, JR., et al.,

          Plaintiffs,

                                      ORDER
      v.                                07-CV-087A

SONEET R. KAPILA, et al.,

          Defendants.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B).  On April 3, 2008, Magistrate Judge Foschio filed a Report and Recommendation, recommending that defendants' motions to dismiss be granted.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, defendants' motions to dismiss are granted.

        The Clerk of Court shall take all steps necessary to close the case.


   SO ORDERED.

                                                s/ *Richard J. Arcara*
                                                HONORABLE RICHARD J. ARCARA
                                                CHIEF JUDGE
                                                UNITED STATES DISTRICT COURT

DATED: April  25    , 2008